UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

JOSEPH CHAVEZ, ALISHA CHAVEZ
and JESSICA CHAVEZ,

    Defendants.
_____/

CASE NO. 1:23-cv-1297

HON. ROBERT J. JONKER

## ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised that all net remaining benefits have been paid to Defendants Jessica and Alisha Chavez per the Stipulated Settlement Order, and that the Agreed GAL fee has been paid to Attorney Ofstein, this matter is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

Dated: June 27, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE